WOOLARD *v.* LYNN.

H. E. WOOLARD, ADMINISTRATOR OF THE ESTATE OF JESSE J. SOUTHARD, v. EARLY G. LYNN, GEORGE K. MIDDLETON AND SHIRLEY LEE LYNN.

(Filed 10 May, 1961.)

APPEAL by plaintiff from *Olive, J.,* at January 9, 1961, Civil Term of GUILFORD— Greensboro Division.

Civil action to recover damages for alleged wrongful death caused by the alleged joint and concurrent negligence of defendants. It appears from the complaint and amended complaint that intestate of plaintiff was killed on 30 November 1958, at approximately 8:30 P.M., on U. S. Highway #29 Bypass, just west of the city limits of the city of Reidsville, North Carolina, when struck by an automobile driven by the defendant Early G. Lynn, which was owned by defendant Shirley Lee Lynn, and subsequently struck by an automobile owned and operated by defendant George K. Middleton.

Defendants Early G. Lynn and Shirley Lee Lynn on the one hand, and George K. Middleton on the other, by separate answers, denied liability.

All parties offered evidence, and the case was submitted to the jury upon issues of negligence, contributory negligence and damages. The jurors for their verdict answered that plaintiff's intestate was not injured by the negligence either of the defendants Early G. Lynn and Shirley Lee Lynn or of defendant George K. Middleton as alleged in the complaint.

And from judgment for defendants in acordance therewith, plaintiff appeals to Supreme Court and assigns error.

*Smith, Moore, Smith, Schell & Hunter, Charles E. Melvin, Jr., for plaintiff appellant.*

*Adams, Kleemeier & Hagan, Daniel W. Fouts for defendant George K. Middleton.*

*Holt, McNairy & Harris for defendants Early G. Lynn and Shirley Lee Lynn.*

Per Curiam. The record of case on appeal shows that no new questions of law are presented on this appeal, and that the case was tried in substantial accord with correct legal principles. Indeed the record fails to show error for which the judgment below should be disturbed.

No error.